UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE BAKER, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et. al.,<br><br>                          Defendants. | Case No.: 19cv1013-JO-DEB<br><br><br>**ORDER ON MOTIONS TO DISMISS** |

Plaintiffs are individuals residing in certain communities within San Diego that allege that Defendants City of San Diego (the "City"), the Housing Authority of the City of San Diego (the "Housing Authority") (together, the "City Defendants"), and San Diego Housing Commission (the "SDHC"), flooded San Diego's minority communities with low-

1

1  income housing in violation of the Federal Fair Housing Act (the "FHA"), 42 U.S.C.
2  § 1983, and the California Fair Employment and Housing Act ("FEHA"). Defendants filed
3  motions to dismiss Plaintiffs' third amended complaint. Dkts. 98–99. The Court held
4  hearings on the motions on August 31, 2022, and October 5, 2022. For the reasons stated
5  on the record at the oral argument on October 5, 2022, the Court GRANTS IN PART AND
6  DENIES IN PART the City Defendants' motion to dismiss [Dkt. 98]. Plaintiffs' § 1983
7  based on equal protection is dismissed. City Defendants' motion to dismiss is otherwise
8  denied. The Court also GRANTS the SDHC's motion to dismiss [Dkt. 99].

**IT IS SO ORDERED.**

Dated: October 11, 2022

Hon. Jinsook Ohta
United States District Judge